---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

---

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy         06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Angela's Bridals, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Love Story by Angela's Bridal**<br>**FDBA  Bridesmaid Boutique** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-2785571** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **112 N Greenbush Road**<br>**Troy, NY 12180**<br><sub>Number, Street, City, State & ZIP Code</sub> | **62 Mosher Rd**<br>**Sand Lake, NY 12153**<br><sub>P.O. Box, Number, Street, City, State & ZIP Code</sub> |
| | | **Rensselaer**<br><sub>County</sub> | **Location of principal assets, if different from principal place of business**<br>**112 N Greenbush Road Troy, NY 12180**<br><sub>Number, Street, City, State & ZIP Code</sub> |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **alovestorybridal.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | Angela's Bridals, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

  4581

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

　　■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |

Debtor    **Angela's Bridals, Inc.**                                                Case number (*if known*) _____
          Name

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No |
|---|---|---|
|  |  | ☐ Yes. |

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

| 11. | **Why is the case filed in *this district*?** | Check all that apply: |
|---|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
|---|---|---|
|  |  | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

### ■ Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | .    Check one: |
|---|---|---|

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | **Estimated number of creditors** | ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
|  |  | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
|  |  | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
|  |  | ☐ 200-999 |  |  |

| 15. | **Estimated Assets** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
|  |  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
|  |  | ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  |  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| 16. | **Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|

Debtor    **Angela's Bridals, Inc.**                                    Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Angela's Bridals, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  4, 2025**
              MM / DD / YYYY

**X** /s/ Janet M. Cooper                                          Janet M. Cooper
Signature of authorized representative of debtor                   Printed name

Title   **President**

---

**18. Signature of attorney**

**X** /s/ Michael Boyle                          Date   **February  4, 2025**
Signature of attorney for debtor                        MM / DD / YYYY

**Michael Boyle**
Printed name

**Boyle Legal LLC**
Firm name

**64 2nd Street**
**Troy, NY 12180**
Number, Street, City, State & ZIP Code

Contact phone   **518-687-1648**      Email address   **mike@boylebankruptcy.com**

**519211 NY**
Bar number and State

---

---

**Fill in this information to identify the case:**

Debtor name    **Angela's Bridals, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  4, 2025**     *X* **/s/ Janet M. Cooper**
                                    Signature of individual signing on behalf of debtor

                                    **Janet M. Cooper**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Angela's Bridals, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Broadview FCU 700 Patroon Creek Blvd. Albany, NY 12206** | | **Business Term Loan** | | | | **$20,000.00** |
| **Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285** | | **Business Credit Card** | | | | **$9,900.00** |
| **Fora Financial Asset Securitization 2024 1385 Broadway, 15th Floor New York, NY 10018** | | **Merchant Cash Advance** | **Disputed** | | | **$27,980.00** |
| **Funding Metrics, LLC d/b/a Lendini 3220 Tillman Drive, Suite 200 Bensalem, PA 19020** | | **Merchant Cash Advance** | **Disputed** | | | **$23,000.00** |
| **Gravity Payments Inc. 5601 22nd Ave NW Ste 200 Seattle, WA 98107** | | **Merchant Cash Advance** | **Disputed** | | | **$27,000.00** |
| **Hodgson Russ LLP 677 Broadway Albany, NY 12207** | | **Professional Services Rendered** | | | | **$19,000.00** |
| **Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346** | | **Payroll Tax** | | | | **$26,500.00** |

Debtor  **Angela's Bridals, Inc.**
       Name                                                    Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Itria Ventures LLC 1 Penn Plaza, 49th Floor New York, NY 10119** | | **Merchant Cash Advance** | **Disputed** | | | **$30,000.00** |
| **Janet M. Cooper 62 Mosher Rd Sand Lake, NY 12153** | | **Shareholder Loans** | | | | **$14,135.64** |
| **Janet M. Cooper 62 Mosher Road Sand Lake, NY 12153** | | **Payroll week ending 1/31/25** | | | | **$1,000.00** |
| **Katherine Hayward 687 Pangburn Rd. Schenectady, NY 12306** | | **Payroll ending 1/31/25** | | | | **$821.25** |
| **Lindsey Smith 54 Tambul Lane Troy, NY 12180** | | **Payroll ending 1/31/25** | | | | **$146.25** |
| **Meghan Kearns 5 Marathon Drive Troy, NY 12180** | | **Payroll ending 2/3/2025** | | | | **$303.75** |
| **New York State Dept. of Tax and Finance Bankruptcy Section PO BOX 5300 Albany, NY 12205-0300** | | **Payroll Tax** | | | | **$2,050.00** |
| **New York State Dept. of Tax and Finance Bankruptcy Section PO BOX 5300 Albany, NY 12205-0300** | | **Sales Tax** | | | | **Unknown** |
| **Paypal Working Capital Attn: Executive Escalation P.O. Box 45950 Omaha, NE 68145-0950** | | **Business Loan** | | | | **$23,000.00** |
| **Pronovias Group Carrer de l'Om, 9-15, 08820 Barcelona, Spain** | | **Vendor Debt** | | | | **$18,000.00** |
| **Pursuit Lending 50 Beaver Street, #500 Albany, NY 12207** | | | | **$2,000.00** | **$0.00** | **$2,000.00** |

Debtor **Angela's Bridals, Inc.**                                        Case number *(if known)* _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Small Business Administration Office of General Counsel 409 Third St., SW Washington, DC 20416** | | | | **$327,000.00** | **$0.00** | **$327,000.00** |

**Fill in this information to identify the case:**

Debtor name    **Angela's Bridals, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $    0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................    $    110,406.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................    $    110,406.00

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    329,000.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $    50,821.25

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    212,015.64

4.    **Total liabilities** ......................................................................................
    Lines 2 + 3a + 3b                                                                                    $    591,836.89

**Fill in this information to identify the case:**

Debtor name    **Angela's Bridals, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Trustco** | **Checking** | | **$6,000.00** |
| 3.2. | **Broadview FCU** | **Checking** | 3000 | $0.00 |
| 3.3. | **Broadview FCU** | **Savings** | 6074 | $0.00 |
| 3.4. | **Broadview FCU** | **Tax** | 8445 | $0.00 |
| 3.5. | **PayPal** | **Merchant Account** | | $0.00 |
| 3.6. | **Venmo** | **Merchant Account** | | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

Debtor    **Angela's Bridals, Inc.**                                          Case number *(If known)* _____
_____
Name

5.    **Total of Part 1.**                                                      | **$6,000.00** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.    **Commercial Real Estate Security Deposit**                              $3,800.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                      | **$3,800.00** |

Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:    **50,000.00**    -    **0.00**  =....    **$50,000.00**
face amount                doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                     | **$50,000.00** |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.    **Raw materials**

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

Debtor    **Angela's Bridals, Inc.**_____    Case number *(If known)*_____
Name

| | | | |
|---|---|---|---|
| **Inventory. Value based on pre-petition appraisal commissioned by Debtor dated September 6, 2024** | | $0.00 | $46,330.00 |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**    | $46,330.00 |

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value    _____ Valuation method    _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** **Office furniture, fixtures, and equipment. Value based on pre-petition appraisal commissioned by Debtor dated 9/6/204** | $0.00 | | $4,275.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**    | $4,275.00 |

Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No

Debtor    **Angela's Bridals, Inc.**                                      Case number *(If known)* _____
          Name

☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** **angelasbridal.net; alovestorybridal; visionarybridal.com** | **$0.00** | | **$1.00** |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**
       Add lines 60 through 65. Copy the total to line 89.

       | **$1.00** |
       |---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

Debtor    **Angela's Bridals, Inc.**
     Name

Case number *(If known)* _____

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor **Angela's Bridals, Inc.**
_____
Name

Case number _(If known)_ _____

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1_ | $6,000.00 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $3,800.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $50,000.00 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $46,330.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $4,275.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $0.00 | |
| 88. **Real property.** _Copy line 56, Part 9_....................> | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $1.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $110,406.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $110,406.00 |

**Fill in this information to identify the case:**

Debtor name  **Angela's Bridals, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1 Pursuit Lending**
Creditor's Name

**50 Beaver Street, #500**
**Albany, NY 12207**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**L232**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien
**UCC (1st Position)**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,000.00**     **$0.00**

**2.2 Small Business Administration**
Creditor's Name

**Office of General Counsel**
**409 Third St., SW**
**Washington, DC 20416**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**8104**

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien

Describe the lien
**UCC (2nd Position)**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$327,000.00**     **$0.00**

Debtor    **Angela's Bridals, Inc.**                                   Case number (*if known*) _____
            Name

■ No                          ☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$329,000.00** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name  and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
|  |  |  |

**Fill in this information to identify the case:**

Debtor name    **Angela's Bridals, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$26,500.00** | **$19,000.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll Tax** | | |
| | Last 4 digits of account number **5571**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Janet M. Cooper**<br>**62 Mosher Road**<br>**Sand Lake, NY 12153** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,000.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll week ending 1/31/25** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Angela's Bridals, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$821.25** | **$0.00** |
|---|---|---|---|---|
| | **Katherine Hayward** | *Check all that apply.* | | |
| | **687 Pangburn Rd.** | ☐ Contingent | | |
| | **Schenectady, NY 12306** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Payroll ending 1/31/25** |

| | Last 4 digits of account number **NA** | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

---

| **2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$146.25** | **$0.00** |
|---|---|---|---|---|
| | **Lindsey Smith** | *Check all that apply.* | | |
| | **54 Tambul Lane** | ☐ Contingent | | |
| | **Troy, NY 12180** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Payroll ending 1/31/25** |

| | Last 4 digits of account number **NA** | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

---

| **2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$303.75** | **$0.00** |
|---|---|---|---|---|
| | **Meghan Kearns** | *Check all that apply.* | | |
| | **5 Marathon Drive** | ☐ Contingent | | |
| | **Troy, NY 12180** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Payroll ending 2/3/2025** |

| | Last 4 digits of account number **N/A** | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

---

| **2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20,000.00** | **Unknown** |
|---|---|---|---|---|
| | **New York State Dept. of Tax and Finance** | *Check all that apply.* | | |
| | **Bankruptcy Section** | ☐ Contingent | | |
| | **PO BOX 5300** | ☐ Unliquidated | | |
| | **Albany, NY 12205-0300** | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Sales Tax** |

| | Last 4 digits of account number **5571** | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | | ☐ Yes |

---

| Debtor | **Angela's Bridals, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,050.00 | $2,050.00 |
|---|---|---|---|---|
| | **New York State Dept. of Tax and Finance** | *Check all that apply.* | | |
| | **Bankruptcy Section** | ☐ Contingent | | |
| | **PO BOX 5300** | ☐ Unliquidated | | |
| | **Albany, NY 12205-0300** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax**

Last 4 digits of account number **5571**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $20,000.00 |
|---|---|---|---|
| | **Broadview FCU** | ☐ Contingent | |
| | **700 Patroon Creek Blvd.** | ☐ Unliquidated | |
| | **Albany, NY 12206** | ☐ Disputed | |

Date(s) debt was incurred _

Basis for the claim:  **Business Term Loan**

Last 4 digits of account number  **8433,7010**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $9,900.00 |
|---|---|---|---|
| | **Capital One** | ☐ Contingent | |
| | **P.O. Box 30285** | ☐ Unliquidated | |
| | **Salt Lake City, UT 84130-0285** | ☐ Disputed | |

Date(s) debt was incurred _

Basis for the claim:  **Business Credit Card**

Last 4 digits of account number  **2146**

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,980.00 |
|---|---|---|---|
| | **Fora Financial Asset Securitization 2024** | ☐ Contingent | |
| | **1385 Broadway, 15th Floor** | ☐ Unliquidated | |
| | **New York, NY 10018** | ■ Disputed | |

Date(s) debt was incurred _

Basis for the claim:  **Merchant Cash Advance**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,000.00 |
|---|---|---|---|
| | **Funding Metrics, LLC** | ☐ Contingent | |
| | **d/b/a Lendini** | ☐ Unliquidated | |
| | **3220 Tillman Drive, Suite 200** | ■ Disputed | |
| | **Bensalem, PA 19020** | | |

Date(s) debt was incurred  _

Basis for the claim:  **Merchant Cash Advance**

Last 4 digits of account number  **NA**

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,000.00 |
|---|---|---|---|
| | **Gravity Payments Inc.** | ☐ Contingent | |
| | **5601 22nd Ave NW Ste 200** | ☐ Unliquidated | |
| | **Seattle, WA 98107** | ■ Disputed | |

Date(s) debt was incurred  _

Basis for the claim:  **Merchant Cash Advance**

Last 4 digits of account number  **2790**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Angela's Bridals, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,000.00 |
|---|---|---|---|

**Hodgson Russ LLP**
**677 Broadway**
**Albany, NY 12207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Professional Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Itria Ventures LLC**
**1 Penn Plaza, 49th Floor**
**New York, NY 10119**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **NA**

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,135.64 |
|---|---|---|---|

**Janet M. Cooper**
**62 Mosher Rd**
**Sand Lake, NY 12153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shareholder Loans**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,000.00 |
|---|---|---|---|

**Paypal Working Capital**
**Attn: Executive Escalation**
** P.O. Box 45950**
**Omaha, NE 68145-0950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6824**

Basis for the claim:  **Business Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,000.00 |
|---|---|---|---|

**Pronovias Group**
**Carrer de l'Om, 9-15, 08820**
**Barcelona, Spain**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Aldridge Pierce**<br>**123 South Broad Street, 15th Fl**<br>**Philadelphia, PA 19109** | Line  **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Enterprise Recovery, LLC**<br>**301 Lacey St.**<br>**West Chester, PA 19382** | Line  **3.9**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Angela's Bridals, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Robert W. Johnson, Esq.**<br>**The Johnson Law Office, P.C.**<br>**9118 Third Avenue**<br>**Brooklyn, NY 11209** | Line  __3.3__<br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 50,821.25 |
| **5b. Total claims from Part 2** | 5b. + | $ | 212,015.64 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 262,836.89 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

**Fill in this information to identify the case:**

Debtor name    **Angela's Bridals, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>List the contract number of any government contract | **Commercial Lease Agreement - Debtor intends on assuming lease.**<br><br><br>_____ | **112 N Greenbush Inc.**<br>**99 N Greenbush Road**<br>**Troy, NY 12180** |

**Fill in this information to identify the case:**

Debtor name     **Angela's Bridals, Inc.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Janet M. Cooper** | **62 Mosher Rd** **Sand Lake, NY 12153** | **Capital One** | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
| 2.2 | **Janet M. Cooper** | **62 Mosher Rd** **Sand Lake, NY 12153** | **Fora Financial Asset Securitization 2024** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.3 | **Janet M. Cooper** | **62 Mosher Rd** **Sand Lake, NY 12153** | **Funding Metrics, LLC** | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |
| 2.4 | **Janet M. Cooper** | **62 Mosher Rd** **Sand Lake, NY 12153** | **Gravity Payments Inc.** | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |
| 2.5 | **Janet M. Cooper** | **62 Mosher Rd** **Sand Lake, NY 12153** | **Internal Revenue Service** | ☐ D _____ ■ E/F __2.1__ ☐ G _____ |

| Debtor | **Angela's Bridals, Inc.** | | Case number *(if known)* | |

---

| ▮ | **Additional Page to List More Codebtors** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.6 | **Janet M. Cooper** | **62 Mosher Rd**<br>**Sand Lake, NY 12153** | **Itria Ventures LLC** | ☐ D _____<br>▮ E/F   **3.7**<br>☐ G _____ |
| 2.7 | **Janet M. Cooper** | **62 Mosher Rd**<br>**Sand Lake, NY 12153** | **New York State Dept.**<br>**of Tax and Finance** | ☐ D _____<br>▮ E/F   **2.6**<br>☐ G _____ |
| 2.8 | **Janet M. Cooper** | **62 Mosher Rd**<br>**Sand Lake, NY 12153** | **New York State Dept.**<br>**of Tax and Finance** | ☐ D _____<br>▮ E/F   **2.7**<br>☐ G _____ |
| 2.9 | **Janet M. Cooper** | **62 Mosher Rd**<br>**Sand Lake, NY 12153** | **Pursuit Lending** | ▮ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Janet M. Cooper** | **62 Mosher Rd**<br>**Sand Lake, NY 12153** | **Small Business**<br>**Administration** | ▮ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Angela's Bridals, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other | **Unknown** |
   | **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$630,000.00** |
   | **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  **Business Operations** | **$636,351.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
   | --- | --- | --- |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>*Check all that apply* |
   | --- | --- | --- | --- |

Debtor    **Angela's Bridals, Inc.** _____     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **Itria Ventures LLC**<br>**1 Penn Plaza, 49th Floor**<br>**New York, NY 10119** | **w/in 90-days of Petition** | **$9,600.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Janet M. Cooper**<br>**62 Mosher Rd**<br>**Sand Lake, NY 12153** | | **$45,000.00** | **Estimated Salary and distributions** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Broadview FCU**<br>**700 Patroon Creek Blvd.**<br>**Albany, NY 12206** | **Offset against Bank Accounts**<br>Last 4 digits of account number: _____ | **1/2025** | **$5,000.00** |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Fora Financial Asset Securitization 2024, LLC,  v. Angela's Bridal, et al**<br>**600265/2025** | **Breach of Contract/Debt Collection** | **Nassau County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Angela's Bridals, Inc.**                                           Case number *(if known)* _____

| | Case title
Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **New York State Dept. of Tax and Finance** | **Sales Tax Collection Action** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

---

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Boyle Legal LLC** | | **December 2024** | **$15,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor    **Angela's Bridals, Inc.**                                        Case number *(if known)*

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **33 Second Street Troy, NY 12180** | **2/2020-7/2022** |
| 14.2. | **188 River St. Troy, NY 12180** | **4/2021-10/2022** |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Names, Addresses, Phone Numbers**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

Debtor    **Angela's Bridals, Inc.**    Case number *(if known)* _____

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an**

Debtor    **Angela's Bridals, Inc.**                                          Case number *(if known)*

environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Matt Doolittle** | **Annual -<br>Bookkeeper and<br>Accountant** |
| 26a.2.  **Hodgson Russ LLP** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor    **Angela's Bridals, Inc.**                                    Case number *(if known)* _____

☐ No
☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Janet M. Cooper | 8/27/2025 | **$50605 - Liquidation Value Analysis performed by Collar City Auctions** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Debtor** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Janet M. Cooper** | **62 Mosher Rd Sand Lake, NY 12153** | **President, Sole-Shareholder** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Janet M. Cooper** | **$15,000.00 (est.)** | **FY 2024** | **Salary and distributions** |

| | Relationship to debtor |
|---|---|
| | **President, Sole Shareholder** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Debtor    **Angela's Bridals, Inc.**                                              Case number *(if known)*

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  4, 2025**

**/s/ Janet M. Cooper**                                      **Janet M. Cooper**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of New York

In re  **Angela's Bridals, Inc.**                                                Case No. _____

_____                                  Chapter  **11**
                                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐  **FLAT FEE**

For legal services, I have agreed to accept ..............................                    $  _____

Prior to the filing of this statement I have received ..................                    $  _____

Balance Due ..........................................................................                    $  _____

■  **RETAINER**

For legal services, I have agreed to accept and received a retainer of ..........                    $        **15,000.00**

The undersigned shall bill against the retainer at an hourly rate of .........                    $          **375.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

   ■  Debtor          ☐  Other (specify):

3.  The source of compensation to be paid to me is:

   ■  Debtor          ☐  Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f); plan preparation and confirmation; valuation hearings; representation of the debtors in any
        dischargeability actions or any other adversary proceeding.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Any non-Bankruptcy legal services unless otherwise agreed upon and approved by the Court through proper
        application to employ.**

In re    **Angela's Bridals, Inc.** _____      Case No. _____
                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February  4, 2025** _____          **/s/ Michael Boyle** _____
*Date*                                                 **Michael Boyle**
                                                       *Signature of Attorney*
                                                       **Boyle Legal LLC**
                                                       **64 2nd Street**
                                                       **Troy, NY 12180**
                                                       **518-687-1648  Fax: 518-516-5075**
                                                       **mike@boylebankruptcy.com** _____
                                                       *Name of law firm*

---

## United States Bankruptcy Court
### Northern District of New York

In re   **Angela's Bridals, Inc.**

Debtor(s)

Case No.

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Janet M. Cooper<br>62 Mosher Rd<br>Sand Lake, NY 12153** | **A** | **100** | **Shares** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February  4, 2025**

Signature   **/s/ Janet M. Cooper**

**Janet M. Cooper**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

In re   **Angela's Bridals, Inc.** ,
   **DBA Love Story by Angela's Bridal; FDBA Bridesmaid Boutique**

                              Debtor                    Case No.

                                                        Chapter   **11**

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
**26-2785571**

## CERTIFICATION OF MAILING MATRIX

I,(we),  **Michael Boyle**  , the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or

petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been

compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the

schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Dated:   **February  4, 2025**

                                        **/s/ Michael Boyle**

                                        **Michael Boyle**
                                        Attorney for Debtor/Petitioner
                                        (Debtor(s)/Petitioner(s))

F:LR1007 (10/19/99)

112 N Greenbush Inc.
99 N Greenbush Road
Troy, NY 12180


Aldridge Pierce
Acct No NA
123 South Broad Street, 15th Fl
Philadelphia, PA 19109


Broadview FCU
Acct No 8433, 7010
700 Patroon Creek Blvd.
Albany, NY 12206


Capital One
Acct No 2146
P.O. Box 30285
Salt Lake City, UT 84130-0285


Enterprise Recovery, LLC
Acct No 6824
301 Lacey St.
West Chester, PA 19382


Fora Financial Asset Securitization 2024
1385 Broadway, 15th Floor
New York, NY 10018


Funding Metrics, LLC
Acct No NA
d/b/a Lendini
3220 Tillman Drive, Suite 200
Bensalem, PA 19020


Gravity Payments Inc.
Acct No 2790
5601 22nd Ave NW Ste 200
Seattle, WA 98107


Hodgson Russ LLP
677 Broadway
Albany, NY 12207

Internal Revenue Service
Acct No 5571
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Itria Ventures LLC
Acct No NA
1 Penn Plaza, 49th Floor
New York, NY 10119


Janet M. Cooper
62 Mosher Road
Sand Lake, NY 12153


Janet M. Cooper
62 Mosher Rd
Sand Lake, NY 12153


Katherine Hayward
Acct No NA
687 Pangburn Rd.
Schenectady, NY 12306


Lindsey Smith
Acct No NA
54 Tambul Lane
Troy, NY 12180


Meghan Kearns
Acct No N/A
5 Marathon Drive
Troy, NY 12180


New York State Dept. of Tax and Finance
Acct No 5571
Bankruptcy Section
PO BOX 5300
Albany, NY 12205-0300


Paypal Working Capital
Acct No 6824
Attn: Executive Escalation
 P.O. Box 45950
Omaha, NE 68145-0950

```
Pronovias Group
Carrer de l'Om, 9-15, 08820
Barcelona, Spain


Pursuit Lending
Acct No L232
50 Beaver Street, #500
Albany, NY 12207


Robert W. Johnson, Esq.
The Johnson Law Office, P.C.
9118 Third Avenue
Brooklyn, NY 11209


Small Business Administration
Acct No 8104
Office of General Counsel
409 Third St., SW
Washington, DC 20416
```

# United States Bankruptcy Court
## Northern District of New York

In re    **Angela's Bridals, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Angela's Bridals, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February  4, 2025**

Date

**/s/ Michael Boyle**

**Michael Boyle**

Signature of Attorney or Litigant

Counsel for    **Angela's Bridals, Inc.**

**Boyle Legal LLC**
**64 2nd Street**
**Troy, NY 12180**
**518-687-1648 Fax:518-516-5075**
**mike@boylebankruptcy.com**