UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

   Angela's Bridals, Inc.                    Chapter 11
                                                         Case No. 25-

                        Debtor.

## LOCAL RULE 2015-6 AFFIDAVIT

I, Janet M. Cooper, Sole Shareholder and President of Debtor, hereby declare the following under penalty of perjury:

1. The Debtor is a business consulting firm with a principal place of business located at 112 N Greenbush Road, Troy, NY 12180. The filing of the petition herein was necessitated by Debtor's inability to maintain ongoing debt payments balanced against its ongoing revenues.

2. The debtor believes that its assets to be worth approximately $110,000.00.

3. The Debtor filed its Schedules A/B and G with the initial filing.

4. The Debtor's books and records are located at its offices. No assets of the debtor are held outside the territorial limits of the United States.

5. The estimated payroll payable to employees (independent contractors), exclusive of officers, shareholders and directors, for the 30-day period following the filing of the Petition herein is approximately $7,000.00. The amount proposed to be paid to the officers, shareholders and/or directors for services for the 30-day period following the filing of the Petition herein is approximately $2200.00/weekly, plus monthly vehicle reimbursement.

6. Debtor anticipates cashflow in the amount of $52,000.00. for the 30-day period

following the filing of the Petition herein.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: <u>Troy</u>, New York
      February 4, 2025             /s/Janet M. Cooper
                                                         Janet M. Cooper, Sole Shareholder and President
                                                         Angela's Bridals, Inc.
                                                         *Debtor and Debtor-in-Possession*