UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

   Angela's Bridals, Inc.　　　　　　　　　　　Chapter 11
　　　　　　　　　　　　　　　　　　　　　　　　Case No. 25-10119

　　　　　　　　　　　Debtor.

CERTIFICATION OF MAILING MATRIX OF 20 LARGEST NON-INSIDER UNSECURED CREDITORS

I, the undersigned, Michael L. Boyle, the proposed attorney for Debtor, hereby certifies under penalty of perjury that the mailing matrix annexed hereto contains the 20 largest general unsecured Creditors to the best of my information and belief.

Dated: February 4, 2025

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　**BOYLE LEGAL LLC**

　　　　　　　　　　　　　　　　　　　　/s/Michael L. Boyle
　　　　　　　　　　　　　　　　　　　　Michael L. Boyle
　　　　　　　　　　　　　　　　　　　　*Proposed Attorney for the Debtor and*
　　　　　　　　　　　　　　　　　　　　*Debtor-in-Possession*
　　　　　　　　　　　　　　　　　　　　64 2nd Street
　　　　　　　　　　　　　　　　　　　　Troy, NY 12180
　　　　　　　　　　　　　　　　　　　　518-407-3121
　　　　　　　　　　　　　　　　　　　　mike@boylebankruptcy.com

Broadview FCU
Acct No 8433, 7010
700 Patroon Creek Blvd.
Albany, NY 12206


Capital One
Acct No 2146
P.O. Box 30285
Salt Lake City, UT 84130-0285


Fora Financial Asset Securitization 2024
1385 Broadway, 15th Floor
New York, NY 10018


Funding Metrics, LLC
Acct No NA
d/b/a Lendini
3220 Tillman Drive, Suite 200
Bensalem, PA 19020


Gravity Payments Inc.
Acct No 2790
5601 22nd Ave NW Ste 200
Seattle, WA 98107


Hodgson Russ LLP
677 Broadway
Albany, NY 12207


Internal Revenue Service
Acct No 5571
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Itria Ventures LLC
Acct No NA
1 Penn Plaza, 49th Floor
New York, NY 10119

```
Katherine Hayward
Acct No NA
687 Pangburn Rd.
Schenectady, NY 12306


Lindsey Smith
Acct No NA
54 Tambul Lane
Troy, NY 12180


Meghan Kearns
Acct No N/A
5 Marathon Drive
Troy, NY 12180


New York State Dept. of Tax and Finance
Acct No 5571
Bankruptcy Section
PO BOX 5300
Albany, NY 12205-0300


New York State Dept. of Tax and Finance
Acct No 5571
Bankruptcy Section
PO BOX 5300
Albany, NY 12205-0300


Paypal Working Capital
Acct No 6824
Attn: Executive Escalation
 P.O. Box 45950
Omaha, NE 68145-0950


Pronovias Group
Carrer de l'Om, 9-15, 08820
Barcelona, Spain


Pursuit Lending
Acct No L232
50 Beaver Street, #500
Albany, NY 12207
```

```
Small Business Administration
Acct No 8104
Office of General Counsel
409 Third St., SW
Washington, DC 20416
```