UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

    Angela's Bridals, Inc.    Case No. 25-10119
                                                                          Chapter 11 (Sub V)

                                      Debtor.

## DECLARATION CONCERNING BALANCE SHEET, CASH FLOW STATEMENT, AND STATEMENT OF OPERATIONS

I, Janet Cooper, President and Sole Shareholder of Debtor, hereby declare the following under penalty of perjury:

1. The Debtor provides dress sales and alterations with a focus on bridal gowns and weddings. The filing of the petition herein was necessitated to obtain relief from its numerous debts and allow it to successfully restructure its business debt payments through either reducing its business offerings, and thus reducing overhead, or through liquidating its business and reducing maximizing liquidation payouts to its creditors

2. The debtor believes that its assets to be worth approximately $110,406.00.

### Statement of Operations – Pre-Petition

3. As for Debtor's Statement of Operations pre-petition, Debtor respectfully refers to and incorporates by reference the *Declaration of Janet Cooper in Support of Petition and First Day Motions* [Docket No. 9].

### Statement of Operations – Post-Petition

4. Debtor intends on utilizing in-house bookkeeping, via Quickbooks and employing a Bookkeeper/Accountant post-petition in order to be in strict compliance with the United States Trustee's monthly reporting requirements, including cash flow statements and profit and loss statements.

5. Debtor continues to operate in the ordinary course of business providing dress sales and alterations with a focus on bridal gowns and weddings.

## **Financials**

6. Debtor does not have a prepared Cash Flow Statement at this time.

7. Annexed hereto and made a part hereof as Exhibit "A", is Debtor's unaudited Balance Sheet, for Fiscal Year 2024.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: Troy, New York
February __7__, 2024

/s/ Janet Cooper
Janet Cooper, President
Angela's Bridals, Inc.
Debtor-in-Possession

# EXHIBIT A

# Angela's Bridal Inc.

## Balance Sheet
### As of December 5, 2024

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       Broadview Bus Checking 3000 | 2,612.82 |
|       Broadview Bus Savings 6074 | 1.00 |
|       Broadview Sales Tax 8445 | 1.76 |
|       Cap Com 2898 (sub acct 0000) | 0.00 |
|       Cap Com 2898 (sub acct 0094) | 0.00 |
|       Cap Com 898 (grant account) | 0.00 |
|       PayPal Bank | -17.65 |
|       Petty Cash | 0.00 |
|       Venmo | 0.00 |
|     **Total Bank Accounts** | **$2,597.93** |
|     Other Current Assets | |
|       Due to/from A Love Story | 0.00 |
|       ERC refund receivable | 0.00 |
|       Exchange | 0.00 |
|       Inventory | 104,801.50 |
|       Loans to shareholders | 23,300.00 |
|       PTET Refund | 0.00 |
|       Uncategorized Asset | 0.00 |
|     **Total Other Current Assets** | **$128,101.50** |
|   **Total Current Assets** | **$130,699.43** |
|   Fixed Assets | |
|     Furniture and equipment | 15,623.50 |
|       Accumulated depreciation | -11,597.00 |
|   **Total Furniture and equipment** | **4,026.50** |
|     Intangible assets | |
|       Accumulated amortization | -89,000.00 |
|       Goodwill | 39,000.00 |
|       Non-compete | 50,000.00 |
|   **Total Intangible assets** | **0.00** |
|   **Total Fixed Assets** | **$4,026.50** |
| **TOTAL ASSETS** | **$134,725.93** |

# Angela's Bridal Inc.

## Balance Sheet
As of December 5, 2024

|  | TOTAL |
|---|---:|
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         Accounts payable | 0.00 |
|         Justin Alexander | 5,672.87 |
|         Lis Simon | 11,296.77 |
|         Pronovias | 45,084.20 |
|       **Total Accounts Payable** | **$62,053.84** |
|       Credit Cards | |
|         AmEx 4003 | 0.00 |
|         Bank of America - 3645 - 10 | 0.00 |
|         Broadview 7010 | 5,000.00 |
|         Broadview term loan 8433 | 10,333.28 |
|         Cap Com LOC 0002 | 0.00 |
|         CapitalOne Spark 2146 | 12,335.38 |
|         Chase | 0.00 |
|         eZCard Visa 1886 | 1,922.67 |
|         PayPal Credit | 2,116.84 |
|       **Total Credit Cards** | **$31,708.17** |
|       Other Current Liabilities | |
|         Accrued interest | 338.94 |
|         Commercial Loan | 0.00 |
|         Customer deposits | 52,382.29 |
|         Direct Deposit Payable | 0.00 |
|         Due to/From Love Story | 0.00 |
|         Fora Financial Business Loan | 21,991.14 |
|         Gravity Working Capital Deal | 75,876.87 |
|         Itria Ventures LLC WC Loan | 41,608.36 |
|         Lendini | 31,677.90 |
|         Loans from shareholder | |
|           Formal note | 10,407.35 |
|           Open account debt | 3,728.29 |
|         **Total Loans from shareholder** | **14,135.64** |
|         LOC - Cap Com | 0.00 |
|         LOC 1st Niagara 6960 | 0.00 |
|         Mulligan Funding working capital loan | 0.00 |
|         PayPal Business Loan 9/16/2022 | 27,595.14 |
|         Payroll Liabilities | |
|          Federal | 8,618.75 |
|          Federal withholding tax | 2,212.81 |
|          NYS | 3,340.76 |
|          NYS withholding tax | 2,423.28 |

# Angela's Bridal Inc.

## Balance Sheet
As of December 5, 2024

|  | TOTAL |
|---|---:|
| **Total Payroll Liabilities** | 16,595.60 |
| PPP 1 Loan | 0.00 |
| PPP 2 Loan | 0.00 |
| Sales tax payable | 23,963.56 |
| Unearned Revenue | 0.00 |
| Vendor Payables | 0.00 |
| **Total Other Current Liabilities** | $306,165.44 |
| **Total Current Liabilities** | $399,927.45 |
| Long-Term Liabilities | |
|   Cash Advance Payable | 0.00 |
|   NYBDC | 5,321.00 |
|   NYSBC Loan Payable | 0.00 |
|   Pursuit (formerly NYBDC LDC) | 0.00 |
|   SBA EIDL loan | 296,104.20 |
|   Shareholder loan | 0.00 |
| **Total Long-Term Liabilities** | $301,425.20 |
| **Total Liabilities** | $701,352.65 |
| Equity | |
|   Capital contributions | 152,269.14 |
|   Capital stock | 1,000.00 |
|   Cleanup clearing account | |
|     Current year clearing | 0.00 |
|     Current year opening balance adjustments | 0.00 |
|     Need information | 0.00 |
|   **Total Cleanup clearing account** | 0.00 |
|   Opening Balance Equity | 0.00 |
|   Owner's Pay & Personal Expenses | 0.00 |
|   Retained earnings | -739,292.82 |
|   Shareholder distributions | 0.00 |
|     Childcare | 0.00 |
|   **Total Shareholder distributions** | 0.00 |
|   Net Income | 19,396.96 |
| **Total Equity** | $ -566,626.72 |
| **TOTAL LIABILITIES AND EQUITY** | $134,725.93 |