UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

Angela's Bridals, Inc.                                           Chapter 11
                                                                 Case No. 25-10119
                    Debtor.

# DEBTOR'S STATUS REPORT PURSUANT TO 11 U.S.C. § 1188(c)

Angela's Bridals, Inc., the Debtor and Debtor-in-Possession herein, (hereinafter the "Debtor"), by and through its attorneys, Boyle Legal, LLC, (Michael L. Boyle, of counsel), as and for its status report pursuant to 11 U.S.C. § 1188(c), respectfully show the Court as follows:

1. The Court has scheduled a Status Conference pursuant to 11 U.S.C. § 1188(c) for March 26, 2025, at 10:30a.m.

## Background

2. On February 4, 2025, the Debtor filed a Voluntary Petition for Relief under Title 11 Chapter 11 Subchapter V of the United States Code.

3. Francis Brennan, Esq. is the duly appointed Subchapter V Trustee.

4. The Debtor continues to operate its bridal dress sales and alterations business pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code with its principal place of business located at 112 North Greenbush Road, Troy, NY 12180.

5. Debtor currently has approximately four (4) employees. The Debtor's bi-weekly payroll averages approximately $4,000.00 weekly including taxes and other withholdings.

6. The Debtor has retained Boyle Legal, LLC, as bankruptcy counsel for the Debtor. An application approving said retention is pending with the Court.

7. The Debtor anticipates moving this court to retain an accountant. The Debtor is

analyzing its assets to determine whether an appraiser will need to be retained.

## Events Leading to Chapter 11 Filing

8. Debtor is a business providing dress sales and alterations with a focus on bridal gowns and weddings, with Articles of Organization filed in New York in June 2008.

9. Debtor's principal location is 112 North Greenbush Road, Troy, NY 12180.

10. Debtor filed this proceeding due to insufficient cashflow to maintain its debt obligations.

11. It is Debtor's intention, through this Bankruptcy, to maintain necessary workforce and maintain ongoing operations in order to cashflow positive and survive the restructuring process.

## General Summary and Nature of Debtor's Debts

12. Debtor has the following Secured Creditors that have filed UCC liens on Debtor's property:

   a. Pursuit Lending;

   b. Small Business Administration.

13. At the time of filing, Debtor owed approximately one (1) week of payroll in priority labor debt, which was paid pursuant to Court order in the ordinary course of business. As such, Debtor has no outstanding pre-petition amounts owed to its labor force.

14. At the time of filing, Debtor owed approximately $48,550.00 in priority tax liabilities.

15. At the time of filing, Debtor owed approximately $212,015.64 in general unsecured debt.

## Summary of Key Bankruptcy Events Since Filing

16. **Schedules and Statements**: The Debtor filed its Schedules and Statements with the Filing of the Petition.

17. **Operating Reports**: The Debtor's first monthly operating report for the partial month of February 2025 is due on March 20, 2025.

18. **Motion to use Cash Collateral**: The Debtor moved the Court to utilize cash collateral. The Court granted interim relief through March 21, 2025, with an interim hearing scheduled for March 19, 2025.

19. **Motion to Maintain Prepetition Insurance Policies**: The Debtor moved the Court to continue payment on its prepetition insurance policies. The Court granted interim relief through March 21, 2025, with an interim hearing scheduled for March 19, 2025

20. **Motion to Establish 1111(b) Deadlines**: The Debtor moved the Court to establish an 111(b) Deadline for secured creditors. A hearing was held on February 12, 2025. The Court granted final relief on that date and a final order was entered on March 12, 2025.

21. **Motion to Pay Pre-petition Wage Claims**: The Debtor moved the Court for authorization to pay its employees' pre-petition wage claims. A hearing was held on February 12, 2025. The Court granted final relief on that date and a final order was entered on March 12, 2025.

22. **Motion to Maintain Prepetition bank Accounts**: The Debtor moved the Court to maintain its pre-petition bank accounts with United States Trustee approved depositories. A hearing was held on February 12, 2025. The Court granted final relief on that date and a final order was entered on March 12, 2025.

23. **341 Meeting**: The Debtor's 341 Meeting was scheduled and held on March 6,

2025. The 341 Meeting was closed by the U.S. Trustee on March 12, 2025.

24. **Application to Employ Boyle Legal**: The Debtor filed an application seeking authorization to employ Boyle Legal, LLC, as attorney for the Debtor. As of March 13, 2025, no objections have been lodged regarding same. A final order is forthcoming.

25. **Other Post Filing Activity**: (1) The Debtor attended the Initial Debtor Interview with the United States Trustee's Office. (2) The Debtor has worked with its financial institutions to have its accounts designated properly as DIP bank accounts. (3) The Debtor continues to work with its professionals in preparing a plan of reorganization. (4) The Debtor is preparing cashflow projections and other financials relevant to its intended plan of reorganization. (5) The Debtor has identified a Bookkeeper and Accountant to assist in post-petition tax and bookkeeping needs and is preparing an application to employ same.

26. **Debtor's Business Performance Since the Petition Date.** Since the filing of the Petition, Debtor has had no post-petition business operations outside of its ordinary course of business and has, upon information and belief, cash-flowed positive.

27. **Debtor's Plan of Reorganization.** The Debtor's Plan of Reorganization is due on or before May 5, 2025.

Dated: Troy, NY
      March 14, 2025                        /s/ Michael L. Boyle
                                                     Michael L. Boyle
                                                     *Boyle Legal, LLC*
                                                     Attorney for Debtor
                                                     64 2nd Street
                                                     Troy NY 12180
                                                     518-407-3121
                                                     mike@boylebankruptcy.com