UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

_____

In Re:

    Angelas Bridals, Inc.                            Chapter 11 (Subchapter V)
                                                            Case No. 25-10119

                            Debtor.

_____

## DECLARATION IN SUPPORT OF DEBTOR'S EX PARTE APPLICATION TO APPROVE RETENTION OF JILL M. FLINTON CPA PLLC

Janet M. Cooper, declares under penalty of perjury, as follows:

1. I am the President of the Debtor herein (the "Debtor"). I submit this declaration in support of the Debtor's Ex Parte Application to Approve Retention of Accountant and Bookkeeper filed on June 3, 2025 (*see* Docket no. 58).

2. On April 8, 2025, Debtor filed its Ex Parte Application to Approve Retention of Accountant and Bookkeeper, Northway Tax, LLC (*see* Docket no. 43). An Order approving said application was entered on April 18, 2025 (*see* Docket no. 44).

3. Shortly thereafter, in order to reduce costs and streamline expenses, Debtor sought out a substitute Bookkeeper/Accountant, Jill M. Flinton CPA PLLC ("Flinton"). An Application to Employ Flinton was filed on June 3, 2025 (*see* Docket no. 58).

4. On June 3, 2025, Northway Tax, LLC, filed a paper format Sua Sponte Fee Application for fees and costs incurred in this matter. Debtor will be noticing that fee application for approval along with it's other professional fee applications in short order.

I declare, pursuant to 28 U.S.C. § 1746 and under penalties of perjury, that the foregoing is true and correct to the best of my knowledge and belief

Dated: August 11, 2025                                /s/ Janet M. Cooper
                                                            JANET M. COOPER